CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 23 2018
JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS FRANKLIN BOWLING, | ) | CASE NO. 7:17CV00142 |
| Petitioner, | ) | |
| v. | ) | ORDER |
| DIRECTOR, VDOC, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the motion to dismiss (ECF No. 11) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and the clerk shall **STRIKE** this action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER:** This 23rd day of January, 2018.

*Jackson Kiser*
SENIOR UNITED STATES DISTRICT JUDGE